U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2019R00236)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 29 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. **1:20CR288**

MAGISTRATE CASE NO.

X Indictment                Information              Magistrate's Complaint
DATE: July 29, 2020         DATE:                    DATE:

UNITED STATES OF AMERICA
vs.
ANTONIO BROWN

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Thomas J. Krepp
Defense Attorney: