

*Please join us to celebrate the marriage of*

# CHARLIE D. SOTO & SEAN SOTO

## 09.03.21

*4:00 PM Ceremony. Reception to follow*

Welcome Reception - 09.02.21, 7:00 PM

HARD ROCK RESORT & CASINO
PUNTA CANA, DOMINICAN REPUBLIC

To RSVP, please reserve stay by emailing:
EVA.TRAVELALLURE@GMAIL.COM