# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 1:20-CR-288-MHC-AJB |
| ANTONIO BROWN | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Undersigned counsel for Antonio Brown hereby provides notice of a change in mailing address, effective August 27, 2021:

Emily C. Ward
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street, NW, Suite 1000
Atlanta, Georgia 30309

All other contact information for the undersigned counsel remains unchanged.

Respectfully submitted, this 26th day of August, 2021.

    *s/ Emily C. Ward*
Emily C. Ward
Georgia Bar No. 500999
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
(404) 815-3575 (office)
(404) 685-6875 (facsimile)
eward@sgrlaw.com

*Attorney for Antonio Brown*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021, I electronically filed the foregoing *Notice of Change of Address of Counsel* with the Clerk of Court using the CM/CF system, which will automatically send email notification of such filing to all counsel of record.

*s/ Emily C. Ward*
Emily C. Ward
Georgia Bar No. 500999
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, Georgia 30309
(404) 815-3575 (office)
(404) 685-6875 (facsimile)
eward@sgrlaw.com

*Attorney for Antonio Brown*
