# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION FILE NO. |
| v. | 1:20-CR-288-MHC-AJB |
| ANTONIO BROWN, | |
| Defendant. | |

# **O R D E R**

Before the Court is the motion of Lawanda Hodges to file under seal a motion to withdraw as counsel for Defendant, and to withdraw as counsel for Defendant. [Doc. 62]. For the reasons that follow, the motion is **GRANTED IN PART AND DENIED IN PART**.

There is nothing in the motion itself that warrants the filing the motion under seal. However, because Exhibit A attached to the motion contains physical and email addresses, the Court exercises its discretion and **DIRECTS** the Clerk to file that exhibit, ECF No. 62-1, under seal.

As for the merits of the motion, it appears that Ms. Hodges has given notice to Defendant under the Local Rules of her intent to withdraw. Further, the trial has

not been scheduled and Defendant still is represented by two other retained defense counsel.  As a result, Ms. Hodges' motion to withdraw is due to **GRANTED**.

Accordingly, (1) the motion to file the motion to withdraw under seal is **GRANTED IN PART AND DENIED IN PART**; the Clerk is **DIRECTED** to file ECF No. 62-1 (Exhibit A to the motion) under seal, but to file ECF No. 62 on the public docket; and (2) Lawanda Hodges' motion to withdraw as counsel for Defendant, [Doc. 62], is **GRANTED**.  The Clerk is further **DIRECTED** to strike Ms. Hodges' name as counsel for Defendant.

**IT IS SO ORDERED and DIRECTED**, this 7th day of October, 2021.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE