# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00288-MHC-JEM
## USA v. Brown
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 01/09/2023.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:40 P.M.
TIME IN COURT: 00:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Lori Burgess
CSO/DUSM: CSO 1
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| DEFENDANT(S): | [1]Antonio Brown Present at proceedings |
| ATTORNEY(S) PRESENT: | Thomas Krepp representing USA<br>Jennifer Little representing Antonio Brown<br>Emily Ward representing Antonio Brown<br>Mary Webb representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant sworn. Signatures verified on the signed Guilty Plea with counsel form and form tendered to the Court. Court advised defendant of his rights. Government presented a statement with elements of the offense. Court finds factual basis for acceptance of plea. Government summarized the penalties of the offense. Court announced the findings and accepted and entered the defendant's plea. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 4/13/2023 at 10:00 am in Courtroom 1905; |